Ryan Gustafson, 220802
(310) 902-0673
Good Gustafson Aumais LLP
2330 Westwood Blvd., Suite 103
Los Angeles, CA 90064
Representing: Plaintiff

File No. Food Label Case

United States District Court, Northern District of California

Northern District of California - District - Oakland

| | |
|---|---|
| Kelly Effinger, et al.<br><br>Plaintiff/Petitioner<br>vs.<br><br>Ancient Organics LLC<br><br>Defendant/Respondent | Case No. 4:22-cv-03596-KAW<br><br>Proof of Service of:<br>Summons, Complaint, Civil Case Cover Sheet<br><br>Service on:<br>Ancient Organics LLC |

OL#18749166

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan Gustafson, 220802<br>Good Gustafson Aumais LLP<br>2330 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064<br>ATTORNEY FOR (Name): Plaintiff | (310) 902-0673<br><br>Ref. No. or File No.<br>Food Label Case | |

Insert name of court, judicial district or branch court, if any:
United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Kelly Effinger, et al.

DEFENDANT:
Ancient Organics LLC

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-03596-KAW |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint, Civil Case Cover Sheet

2. Party Served: Ancient Organics LLC

3. Person Served: Matthew Girard Maxon - Person Authorized to Accept Service of Process

   a. Left with: Morgan Sadler - Driver - Person In Charge of Office

4. Date & Time of Delivery: 08/30/2022   1:29PM

5. Address, City and State: 726 Allston Way
   Berkeley, CA 94710

6. Manner of Service: By leaving the copies with or in the presence of Morgan Sadler - Driver , (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 112.00

Registered California process server.
County: Contra Costa
Registration No.: 1017

Jeffrey Higley
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/31/2022 at Petaluma, California.

Signature: _____

Jeffrey Higley
OL#: 18749166

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Ryan Gustafson, 220802<br>Good Gustafson Aumais LLP<br>2330 Westwood Blvd., Suite 103<br>Los Angeles, CA 90064 | (310) 902-0673 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>Food Label Case | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
1301 Clay St. #400 South
Oakland, CA 94612-5212

PLAINTIFF:
Kelly Effinger, et al.

DEFENDANT:
Ancient Organics LLC

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>4:22-cv-03596-KAW |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 08/31/2022, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint, Civil Case Cover Sheet

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, California, addressed as follows:

Ancient Organics LLC
Matthew Girard Maxon
726 Allston Way
Berkeley, CA 94710

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $ 112.00

Melissa Berry
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/31/2022 at Petaluma, California.

*MBerry*

Melissa Berry

OL#:   18749166