DAVIS WRIGHT TREMAINE LLP
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Jacob Harper (SBN 259463)
  *jacobharper@dwt.com*
  Peter Bae (SBN 329158)
  *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Ancient Organics LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ANCIENT ORGANICS LLC,<br><br>　　　　　　　Defendant. | Case No. 4:22-cv-03596-KAW<br><br>**DEFENDANT ANCIENT ORGANICS' CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed: June 17, 2022 |

CORPORATE DISCLOSURE STATEMENT
Case No. 4:22-cv-03596-KAW

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Ancient Organics, a California corporation, declares as follows: Ancient Organics has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: October 14, 2022

DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
    James H. Moon

*Attorneys for Defendant*
*Ancient Organics LLC (now, Ancient Organics, a California corporation)*

CORPORATE DISCLOSURE STATEMENT
4:22-cv-03596-KAW

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899