

## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Steffan Thomas Keeton, Esq.**

#### DATE OF ADMISSION

**October 22, 2012**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: June 21, 2022

Elizabeth E. Zisk
Chief Clerk