DAVIS WRIGHT TREMAINE LLP
  Jacob Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Peter Bae (SBN 329158)
  *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:22-cv-03596-RS<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>Action Filed: June 17, 2022 |

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:22-cv-03596-RS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rule 6-2, Plaintiffs Kelly Effinger and Keefe Stevernu (Plaintiffs) and Defendant Ancient Organics (Defendant) (together, the parties) hereby stipulate as follows.

A. On June 17, 2022, Plaintiffs filed an action in the United States District Court for the Northern District of California against Defendant "Ancient Organics LLC" (ECF No. 1);

B. On June 22, 2022, the Court set the initial case management conference for September 20, 2022, at 1:30 p.m. (ECF No. 3);

C. On September 9, 2022, the Court continued the initial case management conference to November 8, 2022, at 1:30 p.m. (ECF No. 9);

D. On October 21, 2022, Plaintiffs filed the operative First Amended Complaint (ECF No. 17);

E. On November 1, 2022, this action was reassigned to Judge Richard Seeborg; the same day, the Court set the initial case management conference for January 12, 2023, at 10:00 a.m. (ECF Nos. 24 and 25);

F. On November 14, 2022, Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 26);

G. On December 1, 2022, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 28);

H. On December 8, 2022, Defendant filed its Reply in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 29);

I. On December 20, 2022, the Court ordered that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint be submitted without oral argument pursuant to Local Rule 7-1(b), and vacated the December 22, 2022, hearing on Defendant's Motion;

J. To avoid a premature initial case management conference, the parties met and conferred on January 3, 2023, and agreed to continue the initial case management conference from January 12, 2023, to **April 13, 2023, at 10:00 a.m.**, with the related deadline to file the Fed. R. Civ. P. 26(f) report and case management statement to **April 6, 2023**; and

K. The stipulated continuance set forth above serves judicial economy and convenience by conserving the resources of this Court and the respective parties, will not

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:22-cv-03596-RS

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

prejudice any party, and ensures that the parties are diligently and expeditiously moving this case forward.

**IT IS HEREBY STIPULATED AND AGREED that** the initial case management conference be continued from January 12, 2023, to **April 13, 2023, at 10:00 a.m.**, with the related deadline to file the Fed. R. Civ. P. 26(f) report and case management statement to **April 6, 2023**. IT IS SO STIPULATED.

Dated:  January 3, 2023                                  GOOD GUSTAFSON AUMAIS LLP

By: /s/ Ryan Gustafson
Ryan Gustafson

*Attorneys for Plaintiffs*
*Kelly Effinger and Keefe Stevernu*

Dated:  January 4, 2023                                  DAVIS WRIGHT TREMAINE LLP

By: /s/ James H. Moon
James H. Moon

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/5/2023

JUDGE RICHARD SEEBORG

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:22-cv-03596-RS

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899