DAVIS WRIGHT TREMAINE LLP
  Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>          Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**DECLARATION OF MATTEO GIRARD MAXON IN SUPPORT OF DEFENDANT ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFFS' MOTION TO CHANGE TIME**<br><br>[*Opposition to Motion to Change Time and Declaration of Jacob M. Harper Filed Concurrently*]<br><br>Assigned to the Hon. Araceli Martínez-Olguín |

DECLARATION OF MATTEO GIRARD MAXON IN SUPPORT OF
OPPOSITION TO MOTION TO CHANGE TIME
No. 3:22-cv-03596-AMO

1

## DECLARATION OF MATTEO GIRARD MAXON

2          I, Matteo Girard Maxon, declare and state as follows:

3          1.          I am the President of defendant Ancient Organics, a California corporation.  I

4     make this declaration in support of Ancient Organics's Opposition to Plaintiffs Keefe Stevernu's

5     and Kelly Effinger's (Plaintiffs) Motion to Change Time.  I have personal knowledge of the facts

6     set forth in this declaration, and if called as a witness, I could and would competently testify to

7     them.

8          2.          I understand Plaintiffs have sued Ancient Organics in the case captioned *Effinger*

9     *et al. v. Ancient Organics*, Case No. 3:22-cv-03596-AMO, in the United States District Court for

10    the Northern District of California.  I also understand Plaintiffs have filed a motion asking the

11    Court to extend certain case deadlines, including the deadline to conduct discovery.

12         3.          I believe an extension of the discovery deadline should be denied because it

13    would harm my company, which has timely and diligently pursued discovery.  I have personally

14    attended multiple conferences on Ancient Organics's behalf with its attorneys to review

15    Plaintiffs' discovery requests and have blocked out substantial time, including on weekends, to

16    help search for potentially responsive documents.  I have conferred regularly with my attorney

17    about the status of discovery to ensure that it was moving forward smoothly and that I worked to

18    address any discovery concerns stated by Plaintiffs.  I did that while preparing for and attending

19    the mediation session on March 14, 2024.

20         4.          I worked diligently because I understood the initial discovery stage would end on

21    April 1, 2024, based on the Court's order.  Plaintiffs' request would extend the time for them to

22    ask for more documents and information, and require the company to spend more on litigation

23    than it already has.  I am informed that Plaintiffs served brand new requests for documents on

24    March 27, 2024, and served a deposition notice of Ancient Organic's corporate representative on

25    March 22, 2024.

26         5.          On behalf of Ancient Organics, I have done my best to comply with the legal

27    requirements in this lawsuit started by Plaintiffs.  I request the Court deny Plaintiffs' request to

28    extend the case schedule so that they can do the work they could have done earlier and cause

1

DECLARATION OF MATTEO GIRARD MAXON IN SUPPORT OF
OPPOSITION TO MOTION TO CHANGE TIME
No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1    more financial harm and burden on Ancient Organics.  I believe Plaintiffs have already

2    prejudiced Ancient Organics with their lack of diligence in discovery.  I understand neither

3    Plaintiff showed up for their depositions set by the company's attorneys, and Plaintiffs' counsel

4    is now saying that one of the Plaintiffs wants to withdraws from the case after making allegations

5    against my company.

6         I declare under penalty of perjury under the laws of the United States that the foregoing is

7    true and correct to the best of my knowledge and belief.

8         Executed this 10th day of April, 2024, at Berkeley, California.

9

10    _____

11                Matteo Girard Maxon

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTEO GIRARD MAXON IN SUPPORT OF
OPPOSITION TO MOTION TO CHANGE TIME
No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899