DAVIS WRIGHT TREMAINE LLP
  Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
Ancient Organics, a California corporation

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>  Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS, PLAINTIFF STEVERNU'S INTERROGATORY RESPONSES, AND FOR SANCTIONS**<br><br>[*Motion to Compel and for Sanctions; Declaration of James H. Moon Filed Concurrently*]<br><br>Assigned to the Hon. Araceli Martínez-Olguín<br><br>Date:  August 29, 2024<br>Time:  2:00 p.m.<br>Courtroom:  10 |

1   The Court, having considered Defendant Ancient Organics's Motion to Compel Plaintiffs Kelly Effinger's and Keefe Stevernu's Depositions, Plaintiff Stevernu's Interrogatory Responses, and for Sanctions, as well as the supporting and opposing papers, exhibits, and the papers and records on file in this action, and finding good cause therefore, it is hereby **ORDERED** that Ancient Organics's Motion is **GRANTED**:

___ Plaintiffs Keefe Stevernu and Kelly Effinger shall make themselves available for depositions within fourteen (14) days of this Order;

___ Plaintiff Keefe Stevernu shall provide responses to Ancient Organics's Interrogatories within seven (7) days of this Order;

___ Plaintiffs Keefe Stevernu and Kelly Effinger, and their counsel, jointly and severally, are ordered to pay expenses in the amount of $15,000 to Ancient Organics;

___ Plaintiffs Keefe Stevernu's and Kelly Effinger's individual claims are **DISMISSED**, with prejudice, based on their bad faith discovery conduct.

**IT IS SO ORDERED**.

DATED: _____

_____
HONORABLE ARACELI MARTÍNEZ-OLGUÍN
U.S. DISTRICT COURT JUDGE

1

[PROPOSED] ORDER RE MOTION TO COMPEL DISCOVERY; SANCTIONS
No. 3:22-cv-03596-AMO

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899