UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT ORGANICS,<br><br>Defendant. | CASE NO. 3:22-cv-03596-AMO<br><br>**DECLARATION OF J. RYAN GUSTAFSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS AND REQUEST FOR IMMEDIATE HEARING**<br><br>**[PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS AND REQUEST FOR IMMEDIATE HEARING FILED CONCURRENTLY]** |

# DECLARATION OF J. RYAN GUSTAFSON

I, J. Ryan Gustafson, declare:

1. I am a partner with Good Gustafson Aumais LLP. I represent Plaintiffs in the above captioned matter. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.
2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Sanctions and Request for Immediate Hearing.
3. Defendant has represented that it personally delivered and served deposition notices for the depositions of Kelly Effinger and Keefe Stevernu ("Deposition Notices"). I have never received nor been served with the Deposition Notices, and Defendant failed to serve the Deposition Notices to my law firm.
4. Defendant did not mail the Deposition Notices to me or my law firm.
5. Defendant did not electronically deliver the Deposition Notices to me or my law firm.
6. Defendant did not personally serve the Deposition Notices on me or my law firm.
7. Defense counsel never called myself or my firm to discuss the July 2024 Deposition Notices prior to July 8, 2024.
8. Defense counsel never e-mailed myself or my firm to discuss the July 2024 Deposition Notices prior to July 8, 2024.

– 1 –

9. The first time I became aware that there had been any deposition request of either plaintiff in July 2024 was when I received an email from Peter Bae on July 8, 2024 at 5:43PM PT.

10. I have never seen, controlled, or possessed the purported deposition packets shown in Defendant's Exhibit I to Defendant's Motion for Sanctions.

11. Outside of the photographs included in Defendant's Exhibit I to Defendant's Motion for Sanctions, I have never seen the envelope purported to contain the July 2024 Deposition Notice for either plaintiff.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of July, 2024 at Los Angeles, California.

<u>/s/ J. Ryan Gustafson</u>

J. Ryan Gustafson

– 2 –

Gustafson Declaration ISO Plaintiffs' Opposition to Defendant's Request for Sanctions
*Effinger, et al. v. Ancient Organics*, No. 3:22-cv-03596-AMO