UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly Effinger and Keefe Stevernu, individually, and on behalf of those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Ancient Organics,<br><br>　　　　　　Defendant. | CASE NO. 3:22-cv-03596-AMO<br><br>**DECLARATION OF STEFFAN T. KEETON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

### DECLARATION OF STEFFAN T. KEETON

I, Steffan T. Keeton, declare:

1. I represent Plaintiffs in the above captioned matter. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I submit this declaration in support of Plaintiffs' Administrative Motion to File under Seal filed in the above captioned matter.

3. The motion seeks to file under seal a document that substantially consists of sensitive medical information. The information is private and confidential, and the disclosure of such information would be injurious.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

– 1 –

Dated: July 22, 2024

_____

Steffan T. Keeton

– 2 –

Keeton Declaration ISO Plaintiffs' Administrative Motion to File under Seal
*Effinger, et al. v. Ancient Organics*, No. 3:22-cv-03596-AMO