UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly Effinger and Keefe Stevernu, individually, and on behalf of those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Ancient Organics,<br><br>　　　　　　　Defendant. | CASE NO. 3:22-cv-03596-AMO<br><br>Assigned to Hon. Araceli Martinez-Olguín<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

The motion to seal is granted.

Based on the sensitive personal information included in the Second Keeton Declaration, there are compelling reasons to keep it under seal. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016).

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unredacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Granted/Denied |
|---|---|---|---|---|---|---|---|
| Second Declaration of Steffan T. Keeton | 63-3 | 64-2 | 64-1 | Plaintiffs | Full | Contains sensitive medical information. | |

**IT IS SO ORDERED.**

Dated:

_____
Hon. Araceli Martinez-Olguín
United States District Judge