**GOOD | GUSTAFSON | AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar. No. 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, CA  90064
Telephone:   (310) 274-4663
Email:            jrg@ggallp.com

**THE KEETON FIRM LLC**
Steffan T. Keeton, Esq.*
100 S Commons, Ste 102
Pittsburgh, PA 15212
Telephone:   (888) 412-5291
Email:            stkeeton@keetonfirm.com
* *Pro hac vice*

*Counsel for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT ORGANICS,<br><br>Defendant. | Case No. 3:22-cv-03596-AMO<br><br>The Honorable Araceli Martínez-Olguín<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF STEVERNU |

Case No. 3:22-cv-03596-AMO

The Honorable Araceli Martínez-Olguín

The Motion to Withdraw as Counsel of Record for Plaintiff Stevernu ("the Motion ") was heard by this Court.  After reviewing and considering the moving papers, supporting declaration, and any other papers or arguments presented, the Court rules as follows:

The Motion is **GRANTED**.  Under California Rule of Professional Conduct 3-700(C)(1)(d), counsel may withdraw if the client makes it unreasonably difficult for the attorney to carry out his, her, or their duties.  "A client's repeated failure to communicate with counsel in not responding to phone calls and written communication is sufficient to be considered conduct making it unreasonably difficult for counsel to carry out the litigation." *Beard v. Shuttermart of California, Inc.*, 2008 WL 410694 at *2 (S.D. Cal. Feb. 13, 2008); *accord, e.g.*, *El Hage v. U.S. Sec. Assocs., Inc.*, 2007 WL 4328809, at *1 (N.D. Cal. Dec. 10, 2007) ("Plaintiff's failure to provide his counsel with updated contact information is sufficient to allow [counsel's] permissive withdrawal under California Rule of Professional Conduct 3-700(C) (1)(d) . . . .").  Plaintiff's Counsel have made reasonable efforts to contact Plaintiff, but received no response.  Withdrawal is therefore warranted under California Rule of Professional Conduct 3-700(C)(1)(d).

IT IS SO ORDERED.

Dated: _____September 3__, 2024

_____
Hon. Araceli Martínez-Olguín
United States District Judge