UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY EFFINGER, individually, and on behalf of those similarly situated,

Plaintiff,

v.

ANCIENT ORGANICS,

Defendant.

CASE NO. 3:22-cv-03596-AMO

**DECLARATION OF STEFFAN T. KEETON IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

**[MOTION FOR CLASS CERTIFICATION FILED CONCURRENTLY]**

Pursuant to 28 U.S.C. § 1746, I, Steffan T. Keeton, declare as follows:

1. I am an attorney with The Keeton Firm LLC. I represent Plaintiff in the above captioned matter. The facts set forth in this declaration are based in part upon my personal knowledge and in part upon information I obtained from my co-counsel on this case.

2. If called as a witness, I could and would testify competently to the facts stated herein.

3. I respectfully submit this declaration in support of Plaintiff's Motion for Class Certification.

4. Attached hereto as Exhibits A-E are Defendant's documents (AO_000001-AO_000005) which are marked as "CONFIDENTIAL" and consist of production proofs of the packaging used on different sizes of the Product.

5. Attached hereto as Exhibit F is a true and correct copy of an image used in marketing the Product on Defendant's Amazon store and on its product listing page for the Product.

6. Attached hereto as Exhibit G is a true and correct copy of an image used in marketing the Product on Defendant's Amazon store and on its product listing page for the Product.

7. Attached hereto as Exhibit H is the firm resume for Pope McGlamry PC.

8. Attached hereto as Exhibit I is the firm resume for The Keeton Firm LLC.

9. Attached hereto as Exhibit J is the firm resume for Good Gustafson Aumais LLP.

10. Attached hereto as Exhibit K is a true and correct copy of one page of Defendant's document (AO_000175_CONFIDENTIAL), which was produced as a native Excel spreadsheet, showing Defendant's sales data.

11. Attached hereto as Exhibit L is a true and correct copy of an image used in marketing the Product on Defendant's Amazon store and on its product listing page for the Product.

12. Attached hereto as Exhibit M is a true and correct copy of an article published on Defendant's website entitled "7 Reasons To Eat More Saturated Fat."

13. Attached hereto as Exhibit N is a true and correct copy of an article published on Defendant's website entitled "Pass the Ghee, Please."

14. Attached hereto as Exhibit O is a true and correct copy of an article published on Defendant's website entitled "Rethinking Saturated Fat."

15. Throughout the course of the case, Class Counsel have devoted significant time and resources to the investigation and litigation of the Action.

16. Plaintiff also has devoted significant time, including, but not limited to, responding to discovery requests from Defendant.

17. The Keeton Firm LLC, Pope McGlamry PC, and Good Gustafson Aumais LLP have substantial experience with consumer class actions in general and with food-related consumer fraud and false advertising, specifically.

18. The Keeton Firm LLC, Pope McGlamry PC, and Good Gustafson Aumais LLP has any conflict of interest with members of the proposed classes.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of September, 2024 at Pittsburgh, Pennsylvania.

/s/ Steffan T. Keeton

Steffan T. Keeton

# EXHIBITS A-E



EXHIBIT F

# HEALTH BENEFITS OF
# GHEE

Packed with Omega 3 & Omega 9 essential fatty acids & CLA, to aid gut health

Contains phenolic anti-oxidants, as well as numerous other minerals



Can be used as a digestive aid and for energy, skin and eye health

Made from 100% organic butter & high in vitamins A, D, E and K



ANCIENT
ORGANICS

EXHIBIT G

► Pasture-Raised
Healthy Fats

► Slow-Cooked for
Our Signature
Caramelized Roast

► Supremely Stable
for High-Heat
Cooking

► Superfine Fat
Crystallization
for a Smooth
Consistency



EXHIBIT H

# POPE MCGLAMRY PC

Pope McGlamry has extensive experience litigating class actions, on both the plaintiff and defense side, in venues throughout the country. Pope McGlamry has been Class Counsel in numerous class actions including:

*Adams v. Southern Farm Bureau Life Ins. Co.*, United States District Court, Northern District of Georgia, Atlanta Division (class action regarding breach of fiduciary duty, fraud, negligence, and breach of contract in regard to the sale of universal life insurance policies, settlement valued in excess of $50 million);

*Bechtel, et al., v. Georgia Farm Bureau Mutual Ins. Co. et al.*, Superior Court of Walker County, Georgia (insurance dispute arising from declaratory judgment action on behalf of class that obtained $80 million judgment against owners of the property where crematory operated for owners' homeowner's insurance coverage);

*Bristol v. Allstate Ins. Co., et al.*, Superior Court of Muscogee County, Georgia (follow up to *Earl v. Allstate Ins. Co., et al.* for violation of injunctive relief, settled for $23 Million);

*Carter v. First Tennessee Bank, et al.*, Circuit Court of Fayette County, Tennessee (class action consumer fraud settled for cash and debt relief for entire class);

*Earl v. Allstate Insurance Company, et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $59 million cash settlement);

*Head and Hamlet v. Georgia Farm Bureau, et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $29.4 million cash settlement);

*Henderson, et al. v. Scientific-Atlanta, Inc.*, United States District Court, Northern District of Georgia (securities fraud class action, $14 million settlement);

*Hillis v. Equifax Consumer Services, Inc., et al.*, United States District Court, Northern District of Georgia, Atlanta Division (consumer class action under Credit Repair Organizations Act, 15 U.S.C. § 1681 et seq., settled for cash and in kind relief exceeding $200 million);

*Hyatt v. Cotton States Mutual Ins. Co.* Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $10 million cash settlement); *In re Consol. Non-Filing Ins. Fee Litig.*, 431 F. App'x 835 (11th Cir. 2011);

*Johnson v. Team Vaden Imports, Inc.*, Superior Court of Chatham County, Georgia (consumer fraud class action resulting in cash and free services);

*Mabry v. State Farm Mutual Auto. Ins. Co.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $150 million cash settlement);

*Martin and Wicker v. Government Employees Ins. Co., et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $21.8 million cash settlement);

*McLean v. Progressive Casualty Ins. Co., et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $19.6 million cash settlement);

*Meyer, et al. v. Citizens and Southern National Bank*, United States District Court, Middle District of Georgia (trust beneficiaries class action asserting the failure to properly manage trust funds, $32.6 million settlement including attorney's fees);

*Myers v. Home Cable Concepts of Tennessee, Inc. and First Tennessee Bank, N.A.*, United States District Court, Middle District of Alabama, Northern Division (class action for consumer fraud, settlement value in excess of $10 million);

*Oldham v. Nationwide Mutual Ins. Co., et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $13 million cash settlement);

*Patterson v. CUNA Mutual Ins. Society, Inc.*, United States District Court, Northern District of Georgia, Atlanta Division (credit union members class action for denial of credit disability and credit life benefits based on "age maximum," settled for injunctive relief and cash payments of approximately $20 million);

*Slack v. Fair Isaac Corp., et al.*, United States District Court, Northern District of California (consumer class action under Credit Repair Organizations Act, 15 U.S.C. § 1681 et seq., settled for cash and in kind relief exceeding $200 million);

*Townes v. Trans Union, LLC, et al.*, United States District Court, District of Delaware (consumer class action under Credit Repair Organizations Act, 15 U.S.C. § 1681 et seq., settled for cash and in kind relief services exceeding $75 million);

*Walton v. United Services Auto. Assoc., et al.*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds resulting in $17.2 million cash settlement);

*Thomas v. Southern Communication Services, Inc.*, Superior Court of Fulton County (early termination fee class action resulting in $3.6 million cash settlement);

*Carlson v. USAA*, Superior Court of Muscogee County, Georgia (diminished value class action of Georgia insureds);

*In re: National Football League Players' Concussion Injury Litigation*, United States District Court, Eastern District of Pennsylvania (class action lawsuit brought against the NFL for concussions and other head injuries);

*McGaffin v. Argos USA, LLC*, Case No. 4:16-cv-00104, United States District Court, Southern District of Georgia (construction defect class involving defective concrete mix used in flatwork for residential homes resulting in $10.2 million settlement); and

*Vanzant v. Hill's Pet Nutrition, Inc.*, Case No: 1:17-cv-2535, United States District Court, Northern District of Illinois (pending certified class action alleging deceptive and unfair practices under the Illinois Consumer Fraud Act for the sale of expensive "prescription" pet food that contains no medicine but is marketed to treat disease in pets).

EXHIBIT I

# THE KEETON FIRM LLC

The Keeton Firm LLC represents consumers in a wide array of class action litigation throughout the nation. The Keeton Firm LLC is based in Pittsburgh, Pennsylvania. Recent and current cases litigated by The Keeton Firm LLC on behalf of consumers include the following:

*Clark v. McDonald's Corporation*, case no. 1:23-cv-01939-FUV (N.D.Il.)(class action concerning the presence of undisclosed PFAS in food products);

*Murphy v. Unilever United States Inc.*, case no. 1:23-cv-02922-JMF (S.D.N.Y.)(class action concerning presence of undisclosed bacteria in laundry products);

*Vargas v. Elanco Animal Health Incorporated,* case no. 1:21-cv-04476-JRB (N.D.Il.)(class action concerning deadly ingredients in flea collars for pets);

*Garner v. Global Plasma Solutions, Inc.*, case no. 1:21-cv-00665-SB (D. Del.) (class action concerning deceptively marketed air treatment systems).

## The Attorneys of The Keeton Firm LLC

### Steffan T. Keeton

Mr. Keeton is the founding partner of The Keeton Firm LLC where he litigates consumer protection cases as class actions and on behalf of individual clients. He has experience representing clients in consumer cases throughout the country.

Mr. Keeton is a member of the state bars of Pennsylvania and Georgia as well as numerous federal courts throughout the country.

Mr. Keeton holds an undergraduate degree in Economics from the University of Delaware which he earned within one year of graduating high school. He continued his studies at the University of Delaware where his graduate work was fully funded by a fellowship before leaving with a Master of Arts Degree in Economics to attend law school. Mr. Keeton obtained a Juris Doctorate from Emory University School of Law where he was a research assistant for Professor Abdullahi An-Na'im and a Managing Editor for the *Emory International Law Review*.

Mr. Keeton has experience as a judicial law clerk in Pennsylvania's state court and completed a judicial internship in Maryland's state court.

Mr. Keeton is a member of the National Association of Consumer Advocates and his *pro bono* work includes representing indigent defendants in criminal actions and unfair debt collection practices with a focus on the elderly and disabled.

## Representative Precedent

*Early v. Henry Thayer Co., Inc.*, No. 4:20-CV-1678 RLW, 2021 WL 3089025 (E.D. Mo. July 22, 2021) (class action concerning deceptive "natural" representations made in connection with beauty products).

*Campbell v. Arizona Beverages USA LLC*, No. 22-CV-02752-JST, 2023 WL 2764123 (N.D. Cal. Mar. 31, 2023) (class action concerning deceptive "fruit" representations made in connection with fruit snack products).

*Garner v. Glob. Plasma Sols. Inc.*, 590 F. Supp. 3d 738 (D. Del. 2022) (Circuit Judge Bibas sitting by designation; class action concerning deceptively represented air treatment systems).

*Binakonsky v. JM Brands, Inc.*, No. 2:21-CV-444-NR, 2022 WL 2757674, at *1 (W.D. Pa. July 14, 2022) (class action concerning deceptive "natural" representations made in connection with beauty products).

*Warren v. Whole Foods Mkt. California, Inc.*, No. 21-CV-04577-EMC, 2022 WL 2644103 (N.D. Cal. July 8, 2022) (class action concerning deceptive representations in connection with food products).



EXHIBIT J

# GOOD GUSTAFSON AUMAIS LLP

Good Gustafson Aumais LLP is a Los Angeles-based litigation and transactional firm. The firm's principals, Christopher Good, J. Ryan Gustafson, and Christopher Aumais have extensive litigation experience in California's state and federal courts. All three principals are licensed in California with many decades of experience. Additionally, Mr. Aumais is admitted to practice before the United States Supreme Court.

Good Gustafson Aumais LLP has been either lead-or co-counsel in numerous consumer class actions filed in California's federal district courts including many involving food products.

## The Attorneys of Good Gustafson Aumais LLP

### J. Ryan Gustafson

Mr. Gustafson is a founding partner of Good Gustafson Aumais LLP where he manages the firm's consumer protection cases.

Mr. Gustafson is a member of the state bars of California and Colorado as well as every district court in California. Mr. Gustafson holds an undergraduate degree in Philosophy from Western Michigan University and a Juris Doctorate from the University of Denver.

In addition to his experience in consumer protection cases, Mr. Gustafson has extensive experience in securities litigation and routinely assists clients with regulatory matters at the state and federal levels before the Securities and Exchange Commission, the Financial Industry Regulatory Authority, the California Department of Corporations, the California Department of Real Estate, and several other regulatory agencies.

### Representative Precedent

*Klammer v. Mondelez Int'l, Inc.*, No. 22-CV-02046-JSW, 2023 WL 5748774 (N.D. Cal. Sept. 6, 2023) (class action concerning deceptive protein representations in connection with food products).

*Bryan v. Del Monte Foods, Inc.*, No. 23-CV-00865-MMC, 2023 WL 4758452 (N.D. Cal. July 25, 2023) (class action concerning deceptive natural representations made in connection with food products).

*Forrett v. Gourmet Nut Inc.*, No. 22-CV-02045-BLF, 2023 WL 3749556, at *1 (N.D. Cal. June 1, 2023) (class action concerning deceptive protein representations in connection with food products).

EXHIBIT K



EXHIBIT L



See products

# 100% ORGANIC GHEE
## *by Ancient Organics*

Ancient Organics Plain flavored Ghee is carefully handcrafted by our manufacturers from healthy grass-fed and pastured cows of Northern California.

### WHAT IS GHEE?

Ghee is butter in its cleanest, purest, and most delicious form. It is created by the careful cooking of butter to remove the water, milk solids, and dairy allergens. Our signature roast gives our plain ghee a slight caramel sweetness and nuttiness flavor.



## EAT GOOD FAT

Essential fat is an important part of a balanced diet. Eating local and organic provides higher nutrition, increased ingredient vitality and better taste, while supporting local farmers.



EXHIBIT M


Posted on <u>September 6, 2009</u> by <u>mgm</u>

# 7 Reasons To Eat More Saturated Fat

*an article by Tim Ferriss for <u>fourhourworkweek.com</u>*

In the not-so-distant past, the medical establishment considered all fats equally loathsome: all fats were created equal and they're all bad for you. Things have changed in that quarter, if only slightly. You have no doubt heard the drumbeat of current medical thinking on fats: some fats are now good for you—olive oil and canola oil*—but others are bad for you—trans fats and all saturated fats. That's an improvement from the old cry, but far from the truth.

It seems that no matter how the story spins from the denizens of the anti-fat camp, one piece of their advice remains staunchly constant: "You should sharply limit your intake of saturated fats." The next admonition will invariably be, "which have been proven to raise cholesterol and cause heart disease." Their over-arching belief is that saturated fat is bad, bad, bad.

## Ghee Recipes

<u>Peach Cake</u>

<u>Flourless Chocolate Cake</u>

<u>Sicilian Inspired Pasta</u>

## Ghee in the News

<u>Rethinking Saturated Fat</u>

<u>7 Reasons To Eat More Saturated Fat</u>

<u>A 21st Century Look at Ghee: Ayurvedic Nectar or Heart Disease Risk Factor?</u>

You see with just a glance at [our suggested meal plans] that we've included fatty cuts of meat, chicken with the skin, bacon, eggs, butter, coconut oil, organic lard, and heavy cream in the plan. Aren't we worried that these foods will increase your risk of heart disease and raise your cholesterol? In a word, nope. In fact, we encourage you to make these important fats a regular part of your healthy diet. Why? Because humans need them and here are just a few reasons why.

Read the <u>article</u>.



---

Category: <u>News</u>

← A 21st Century Look at Ghee: Ayurvedic Nectar or Heart Disease Risk Factor?

Rethinking Saturated Fat →

View <u>all news</u> or <u>all recipes</u>

View all »

## Facebook Community



ANCIENT ORGANIC...
8,123 followers

Follow Page

## Ghee Recipes



...gerling Potatoes Browned in ...emary Infused Ghee

...nel Butter

...etarian Bowl

View <u>all recipes</u>

## Reviews

I forage for wild mushrooms and sautéing them in Ancient Organics Ghee gives them a whole new depth and complexity of flavor!

—

*Phil Brown*

<u>Next quote »</u>

<u>View all »</u>

Copyright © 2020 Ancient Organics - All Rights Reserved. [Admin](#) - [Design by HelloARI](#).

EXHIBIT N



ANCIENT
ORGANICS®

Shop        Recipes ⌄        Learn ⌄        FAQ

News ⌄        Contact

Posted on November 1, 2003 by mgm

# Pass the Ghee, Please

*an article by Linda Knittel for Yoga Journal*

It is difficult for most Americans to believe that a little fat in their diets can be healthy, let alone be considered good medicine. In Ayurveda, however, pure clarified butter, known as ghee, is one of the most powerful tonics. It is used to heal wounds, improve digestion, fight free radicals, and boost the immune system. Ghee is also believed to enhance one's *ojas*, or "life energy."

"For centuries, ghee has been considered a *rasayana*, which means a healing food that balances both body and mind," says Shubhra Krishan, author of *Essential Ayurveda* (New World Library, 2003).

Read the article.



Category: News

### Ghee Recipes

**Ghee Super Smoothie**

**Spiced Sunflower Seeds**

**Ghee Pongal**

### Ghee in the News

**Rethinking Saturated Fat**

**7 Reasons To Eat More Saturated Fat**

**A 21st Century Look at Ghee: Ayurvedic Nectar or Heart Disease Risk Factor?**

Ghee: A Short Consideration from an
Ayurvedic Perspective ➡

**View all »**

## Facebook Community



ANCIENT ORGANIC…

8,123 followers

Follow Page

## Ghee Recipes



Kale Salad with Roasted
atoes & Sweet Corn

hari

er Vegetable Ragout

View **all recipes**

## Reviews

For therapeutic and culinary applications, at home and for our clients in the office, Ancient Organics Ghee is our choice. We use it for everything, including many off-label applications. We are grateful to our local Whole Foods for keeping it in stock.

—

*Toby Campion, D.C. and Anita Montero-Campion, N.D*

**Next quote »**

**View all »**

Copyright © 2020 Ancient Organics - All Rights Reserved. Admin - Design by HelloARI.

EXHIBIT O



ANCIENT
ORGANICS®

Shop          Recipes  ⌄          Learn  ⌄          FAQ

News  ⌄          Contact

Posted on May 6, 2011 by mgm

# Rethinking Saturated Fat

*an article by Dr Andrew Weil for* [drweil.com](drweil.com)

Q: I understand that you're modifying your position on saturated fat and as a result, no longer recommend low-fat dairy foods. What prompted the change?

A: You're correct that my thinking on saturated fat has evolved. One catalyst was a scientific analysis of 21 earlier studies, which showed "no significant evidence" that saturated fat in the diet is associated with an increased risk of coronary heart disease. The 21 studies analyzed included nearly 348,000 participants, most of whom were healthy when they were enrolled. They were followed for five to 23 years, during which 11,000 developed heart disease or had a stroke. Looking back at the dietary information collected from these thousands of participants, the investigators found no difference in the risk of coronary heart disease, stroke, or coronary vascular disease between those individuals with the lowest and highest intakes of saturated fat. This goes completely against the conventional medical wisdom of the past 40 years. It now appears that many studies used to support the low-fat recommendation had serious flaws.

## Ghee Recipes

**Flourless Chocolate Cake**

**Winter Minestrone**

**Fingerling Potatoes Browned in Rosemary Infused Ghee**

## Ghee in the News

**Rethinking Saturated Fat**

**7 Reasons To Eat More Saturated Fat**

**A 21st Century Look at Ghee: Ayurvedic Nectar or Heart Disease Risk Factor?**

Read the [article](#).

View **all news** or **all recipes**



**View all »**

Category: **News**

← 7 Reasons To Eat More Saturated Fat          Channa Dal Soup →

## Facebook Community



ANCIENT ORGANIC...
8,123 followers

Follow Page

## Ghee Recipes

etarian Bowl

et Cake

sted Cauliflower & Sweet
atoes

View [all recipes](#)

## Reviews

The ghee arrived to us here in Alaska today! We were able to enjoy it with our lunch – Delicious! Your shipping was timely, packaging was done with incredible care, everything came in perfect condition and the labels are very nice. Congratulations on such a nice product. We'll be looking for ways to make the ghee more available to our fellow Alaskans.

—

*Scott & Stephanie Dickerson*

[Next quote »](#)

[View all »](#)

Copyright © 2020 Ancient Organics - All Rights Reserved. [Admin](Admin) - [Design by HelloARI](Design by HelloARI).