DAVIS WRIGHT TREMAINE LLP
  Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
  Katelyn A. Feliciano (SBN 350385)
  *katelynfeliciano@dwt.com*
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**DECLARATION OF JACOB M. HARPER IN SUPPORT OF DEFENDANT ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[*Opposition to Plaintiff's Motion for Class Certification Filed Concurrently*]<br><br>Assigned to the Hon. Araceli Martínez-Olguín |

## DECLARATION OF JACOB M. HARPER

I, Jacob M. Harper, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant Ancient Organics in this matter. I make this declaration in support of Ancient Organics's Opposition to Plaintiff Kelly Effinger's Motion for Class Certification.

2. I make this declaration based on my personal knowledge, and if called upon as a witness, could and would testify competently to the matters set forth below.

3. Attached as **Exhibit A** is a true and correct copy of Plaintiff Effinger's Responses to Requests for Admission, which were served on my office on February 26, 2024.

4. Attached as **Exhibit B** is a true and correct copy of Plaintiff Effinger's Supplemental Responses to Requests for Admission, which were served on my office on March 25, 2024.

5. Attached as **Exhibit C** is a true and correct copy of Plaintiff Effinger's Responses to Requests for Production, which were served on my office on February 26, 2024.

6. The close of fact discovery in this action was July 10, 2024. (ECF No. 61.) The deadline for expert disclosures was July 24, 2024 and the close of expert discovery August 28, 2024. (*Id.*) Plaintiff neither conducted a single deposition nor submitted any expert reports ahead these deadlines and moving for class certification.

7. On January 25, 2024, Ancient Organics served interrogatories on Plaintiff Keefe Stevernu. On July 17, 2024, Ancient Organics moved to compel Plaintiff Stevernu's responses to its interrogatories. (ECF No. 62.) On August 2, 2024, the Court issued an order compelling Plaintiff Stevernu's responses to Ancient Organics's interrogatories. (ECF No. 67.) On August 16, 2024, Plaintiffs' counsel moved to withdraw from representing Plaintiff Stevernu (ECF No. 70), which the Court granted on September 3, 2024 (ECF No. 72). As of the present date, Plaintiff Stevernu has never submitted responses to Ancient Organics's Interrogatories.

8. On March 14, 2024, Ancient Organics and Plaintiff's counsel participated in mediation on behalf of both Plaintiffs Effinger and Stevernu. A week after attending mediation,

DECLARATION OF JACOB M. HARPER ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION
No. 3:22-cv-03596-AMO

1

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

counsel indicated for the first time that they had not been able to get in contact with Mr. Stevernu for the past few weeks.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 23 day of October, 2024, at Los Angeles, California.

_____
Jacob M. Harper

2

DECLARATION OF JACOB M. HARPER ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION
No. 3:22-cv-03596-AMO

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899