# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kelly Effinger and Keefe Stevernu, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>Ancient Organics,<br><br>Defendant | Case No. 3:22-cv-03596-AMO<br><br>**PLAINTIFF KELLY EFFINGER'S OBJECTIONS AND RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE** |

Plaintiff Kelly Effinger (Plaintiff) responds to Defendant Ancient Organics' Requests for Admissions, Set One (Request(s)) as follows:

## PRELIMINARY STATEMENT

Plaintiff responds to the Requests based upon present knowledge, information, and belief following her diligent search and reasonable inquiry. As a consequence, Plaintiff's responses are based upon information now known to Plaintiff and which she believes to be relevant to the subject matter covered by the Requests. In the future, Plaintiff may acquire additional information, or discover information currently in her possession, bearing upon the Requests and her responses thereto. Without in any way obligating herself to do so, Plaintiff reserves the right: (a) to make subsequent revision, supplementation or amendment to this Response based upon any information, evidence, documents, facts, and things which hereafter may be discovered, or the relevance of which hereafter may be discovered; and (b) to

produce, introduce, or rely upon additional or subsequently acquired or discovered writings, evidence and information at trial or in any pretrial proceedings held herein.

## GENERAL OBJECTIONS

1. Plaintiff objects to the Definitions & Instructions to the extent they seek to impose obligations greater than or different from those imposed by the Federal Rules of Civil Procedure. In responding to the Requests, Plaintiff undertakes only to comply with such Rules.

2. Plaintiff objects to the Requests, and to each and every item contained therein, to the extent that they attempt or purport to require disclosure of privileged or confidential communications between attorney and client, disclosure of documents or information protected by the work-product doctrine, or disclosure of documents involved in any other applicable privilege.

3. Plaintiff objects to the Requests, and to each and every item contained therein, to the extent that they seek confidential or proprietary trade secret and/or competitively sensitive information or information that may be protected by a right of privacy.

4. Plaintiff objects to the Requests, and to each and every item contained therein, to the extent that they improperly call for speculation insofar they seek information exclusively within the knowledge of a third party of which Plaintiff lacks personal knowledge.

Specific objections to each Request are made on an individual basis in the responses below. These General Objections are incorporated by reference into each of the responses set forth below. The failure to mention one of the foregoing objections and qualifications in any of the responses set forth below shall not be deemed a waiver of such objection or qualification.

# REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSIONS NO. 1:**

Admit that when purchasing the PRODUCT, YOU did not read or rely upon the PRODUCT's label.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 2:**

Admit that when purchasing the PRODUCT, YOU did not read or rely upon the nutrition panel on the PRODUCT's back label.

**Response: Plaintiff objects to this Request as being impermissibly compound.**

**REQUEST FOR ADMISSIONS NO. 3:**

Admit that when purchasing the PRODUCT, YOU did not read or rely upon ANCIENT ORGANICS's advertising of the PRODUCT.

**Response: Plaintiff objects to this Request as being impermissibly compound.**

**REQUEST FOR ADMISSIONS NO. 4:**

Admit that when purchasing the PRODUCT, YOU did not rely upon any representation that ANCIENT ORGANICS made.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 5:**

Admit whether the "Good Fat" statement is true or false.

**Response: Plaintiff admits that the statement is false.**

**REQUEST FOR ADMISSIONS NO. 6:**

Admit whether the "very best fat one can eat" statement is true or false.

**Response: Plaintiff admits that the statement is false.**

**REQUEST FOR ADMISSIONS NO. 7:**

Admit whether the "provides sustained energy levels" statement is true or false.

**Response: Plaintiff lacks sufficient knowledge to admit or deny whether the statement is true or false.**

**REQUEST FOR ADMISSIONS NO. 8:**

Admit whether the "Omega 3, 6, 9, Vitamins A, D, E & K" statement is true or false.

**Response: Plaintiff lacks sufficient knowledge to admit or deny whether the statement is true or false.**

**REQUEST FOR ADMISSIONS NO. 9:**

Admit that the PRODUCT does not represent itself as "healthy."

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 10:**

Admit that YOU know ghee is made from butter.

**Response: Plaintiff lacks sufficient knowledge to admit or deny whether ghee is made from butter.**

**REQUEST FOR ADMISSIONS NO. 11:**

Admit that YOU know butter contains saturated fat.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 12:**

Admit that YOU know butter contains high levels of saturated fat.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 13:**

Admit that YOU did not make a request for a refund for the PRODUCT before filing YOUR COMPLAINT.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 14:**

Admit that YOU did not put ANCIENT ORGANICS on notice of any of the alleged violations underlying YOUR claims before filing YOUR COMPLAINT.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 15:**

Admit that YOU did not complain to or inform ANCIENT ORGANICS about any of the alleged violations underlying YOUR claims before filing YOUR COMPLAINT.

**Response: Deny.**

**REQUEST FOR ADMISSIONS NO. 16:**

Admit that you failed to provide ANCIENT ORGANICS the opportunity to resolve your issue with the PRODUCT before filing YOUR COMPLAINT.

**Response: Deny.**

Dated: February 26, 2024

**The Keeton Firm LLC**
/s/ *Steffan T. Keeton*
Steffan T. Keeton (*pro hac vice*)
100 S. Commons, Ste. 102
Pittsburgh, PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2024, a true and correct copy of **PLAINTIFF KELLY EFFINGER'S OBJECTIONS AND RESPONSES TO DEFENDANT'S REQUESTS FOR ADMISSION, SET ONE** was sent to counsel of record via email as follows:

**DAVIS WRIGHT TREMAINE LLP**
Jacob Harper
*jacobharper@dwt.com*
James H. Moon
*jamesmoon@dwt.com*
Peter Bae
*peterbae@dwt.com*

/s/ *Steffan T. Keeton*
Steffan T. Keeton