**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802) 2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

**THE KEETON FIRM LLC**
Steffan T. Keeton, Esq.*
100 S Commons, Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com

*Pro hac vice forthcoming*

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kelly Effinger and Keefe Stevernu, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Ancient Organics,<br><br>Defendant. | CASE NO.  3:22-CV-03596-AMO<br><br>**PLAINTIFFS' EMERGENCY MOTION TO EXTEND TIME TO FILE THEIR REPLY IN SUPPORT OF PLANITIFFS' MOTION FOR CLASS CERTIFICATION** |

COME NOW PLAINTIFFS in the above styled action and file this **PLAINTIFFS' EMERGENCY MOTION TO EXTEND TIME TO FILE THEIR REPLY IN SUPPORT OF PLANITIFFS' MOTION FOR CLASS CERTIFICATION** showing the court as follows:

1. On September 11, 2024 Plaintiffs filed their Motion and Supporting

-1-

Authorities in Support of Class Certification. [Doc 73]

2. Plaintiffs Reply Brief is due to be filed today November 20, 2024.

3. Plaintiffs' Counsel responsible for Plaintiffs' Reply Brief was, last night, confronted with a family health emergency, which has prevented him from being able to complete the Reply Brief and timely file.

4. This motion is being made to seek an extension of time for Plaintiffs to file their referenced Reply Brief to and including November 25, 2024.

5. Plaintiffs have made a good faith attempt to seek Defendant's consent for this extension. Plaintiffs' co-counsel has emailed and called Defense counsel; however, based on the auto-replies, Defense Counsel is out of the office.

6. For the reasons stated above, Plaintiffs move the Court for an Order Extending the Reply deadline to November 25, 2024. A Proposed Order is provided herewith.

Dated: November 20, 2024

**THE KEETON FIRM LLC**

By: */s/ Steffan T. Keeton*
    Steffan T. Keeton, Esq.*
    100 S Commons, Ste 102
    Pittsburgh PA 15212
    Tel: (888) 412-5291
    stkeeton@keetonfirm.com

## CERTIFICATE OF SERVICE

Thereby certify that on this 20th of day of November, 2024, a true and correct copy of:

**PLAINTIFFS' EMERGENCY MOTION TO EXTEND TIME TO FILE THEIR REPLY IN SUPPORT OF PLANITIFFS' MOTION FOR CLASS CERTIFICATION** was sent to counsel of record via email as follows:

**DAVIS WRIGHT TREMAINE LLP**
Jacob Harper
*jacobharper@dwt.com*
James H. Moon
*jamesmoon@dwt.com*
Peter Bae
*peterbae@dwt.com*

I hereby certify that a copy of the foregoing has been duly served upon all counsel of record via **ELECTRONIC MAIL** on this 20 day of November, 2024.

*/s/ Steffan T. Keeton*
Steffan T. Keeton

-3-