**GOOD GUSTAFSON AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar No. 220802) 2330 Westwood Blvd., No. 103
Los Angeles, CA 90064
Tel: (310) 274-4663
jrg@ggallp.com

**THE KEETON FIRM LLC**
Steffan T. Keeton, Esq.*
100 S Commons, Ste 102
Pittsburgh PA 15212
Tel: (888) 412-5291
stkeeton@keetonfirm.com

*Pro hac vice forthcoming*

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kelly Effinger and Keefe Stevernu, individually, and on behalf of those similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Ancient Organics,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:22-CV-03596-AMO<br><br>**[PROPOSED] EMERGENCY ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO EXTEND THE TIME TO FILE THEIR REPLY IN SUPPORT OF CLASS CERTIFICATION** |

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

PLAINTIFF'S EMERGENCY MOTION TO EXTEND TIME TO FILE THEIR REPLY IN SUPPORT OF PLANITIFFS" MOTION FOR CLASS CERTIFICATION ("MOTION") is hereby GRANTED.

The Court having considered the papers submitted in support of said Motion, and

good cause appearing therefore,

**IT IS HERBY ORDERED.**

Plaintiffs Reply Brief is due on or before November 25, 2024.

Dated: November 20, 2024

_____
Hon. Araceli Martinez-Olguin
United States District Judge