UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KELLY EFFINGER, individually, and
on behalf of those similarly situated,

               Plaintiff,

    v.

ANCIENT ORGANICS,

               Defendant.

CASE NO. 3:22-cv-03596-AMO

**FIRST DECLARATION OF
STEFFAN T. KEETON IN SUPPORT
OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO
STRIKE PLAINTIFF'S REPLY IN
SUPPORT OF CLASS
CERTIFICATION**

First Keeton Declaration ISO Plaintiff's Opposition to Defendant's Motion to Strike
*Effinger, et al. v. Ancient Organics*, No. 3:22-cv-03596-AMO

## **FIRST DECLARATION OF STEFFAN T. KEETON**

I, Steffan T. Keeton, declare:

1. I am an attorney with The Keeton Firm LLC.

2. My firm is one of three firms representing Plaintiff in this matter.

3. I make this declaration based on personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

4. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Strike Plaintiff's Reply in Support of Class Certification.

5. Plaintiff's Reply in Support of Class Certification was due on November 20, 2024.

6. While there are three firms representing Plaintiff in this matter, my firm and me specifically was handling the drafting and filing of the Reply.

7. Until approximately 12:00PM on November 19, 2024, the Reply was moving at the proper pace to be timely filed.

8. On November 19, 2024, there was a medical emergency in my family as described in the Second Declaration of Steffan T. Keeton ("Second Keeton Declaration") filed under seal contemporaneously.

9. Due to the sudden nature of the events, co-counsel could not be informed of my condition until the early hours of November 20, 2024.

10. Given the close proximity to the Thanksgiving holiday, including tight schedules due to abbreviated weeks, vacations, and issues with communicating with me while in my medical state, it was incredibly difficult to shift duties on

– 1 –

First Keeton Declaration ISO Plaintiff's Opposition to Defendant's Motion to Strike
*Effinger, et al. v. Ancient Organics*, No. 3:22-cv-03596-AMO

short notice.

11. Simply put, with the last-minute emergency, and the unexpected vacuum created from losing key counsel so close to the deadline it became impossible to timely file.

12. Upon hearing of my condition, my co-counsel swiftly and diligently attempted to contact defense counsel multiple times and through multiple mediums to explain the situation and obtain a brief, consented-to extension to avoid unnecessarily burdening the Court.

13. They were unable to get in contact with any of the attorneys representing Defendant in this matter.[1]

14. After being unable to discuss the matter with defense counsel, at approximately 2:00PM, they filed the Emergency Motion to extend the filing deadline until November 25, 2024.

15. The Court granted the request and extended the deadline until November 25, 2024 with a filing deadline of 9:00AM PT.

16. When the Court granted the extension, I was still dealing with the effects of the medical situation outlined in the Second Keeton Declaration, and when I placed the new deadline on my calendar, the 9:00AM time was omitted from my calendar.

17. Thus, while still battling through medical difficulties, I was under the belief that the brief was due no later than 11:59PM on November 25, 2024.

18. Due to last minute technical errors involving the formatting of the Reply brief,

---

[1] I have firsthand knowledge of this because I am on these email chains.

subsequent fixes, and the rejection of the newly formatted PDF document by ECF (triggering an "external code" warning which prohibited the filing of the document until additional reformatting was completed), the filing of the document was delayed until just after midnight on November 26, 2024.

19. The filing of the Reply was delayed as outlined in this Declaration and the Second Keeton Declaration, and was filed on November 26, 2024 at 12:30AM PT, approximately 15 hours after the Court's deadline.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of December, 2024 at Pittsburgh, Pennsylvania.

/s/ Steffan T. Keeton

Steffan T. Keeton

First Keeton Declaration ISO Plaintiff's Opposition to Defendant's Motion to Strike
*Effinger, et al. v. Ancient Organics*, No. 3:22-cv-03596-AMO