DAVIS WRIGHT TREMAINE LLP
  Jacob Harper (SBN 259463)
  *jacobharper@dwt.com*
  James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
  Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
  Katelyn A. Feliciano (SBN 350385)
  *katelynfeliciano@dwt.com*
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF CLASS CERTIFICATION (ECF No. 88) OR FOR COUNSEL TO APPEAR VIA ZOOM**<br><br>Action Filed: June 17, 2022 |

STIPULATION TO CONTINUE HEARING DATE OR APPEAR VIA ZOOM
Case No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rules 6-2, 7-11, and 16-10 of the Northern District of California, and Section C.2 of this Court's Standing Order, Plaintiff Kelly Effinger (Plaintiff), and Defendant Ancient Organics (Ancient Organics) (collectively, the Parties) hereby stipulate as follows:

A. On September 11, 2024, Plaintiff filed a Class Certification Motion (ECF No. 73), with a hearing set for January 9, 2025.

B. On October 3, 2024, the Court continued the hearing on the Class Certification Motion to February 20, 2025 (ECF No. 77).

C. On October 23, 2024, Ancient Organics filed its Opposition to the Class Certification Motion (ECF No. 79).

D. On November 20, 2024, Plaintiff filed a Motion for Extension of Time to File Reply in support of her Class Certification Motion (ECF No. 80).

E. On November 21, 2024, the Court granted Plaintiff an extension of time to file the Reply in support of the Class Certification Motion to November 25, 2025 (ECF No. 81, Class Certification Reply).

F. On November 26, 2024, Plaintiff filed the Class Certification Motion Reply (ECF No. 82).

G. On November 27, 2024, Ancient Organics filed a Motion to Strike the Class Certification Reply Motion (ECF No. 83, Motion to Strike), with a hearing set for February 13, 2025.

H. On December 11, 2024, Plaintiff filed an Opposition to Ancient Organics's Motion to Strike (ECF No. 84).

I. On December 18, 2024, Plaintiff filed a Motion for Extension of Time to File Class Certification Motion Reply (ECF No. 88), with a hearing date set for February 13, 2025.

J. On January 31, 2025, the Court continued the hearing dates of the Class Certification Motion (ECF No. 73) and Motion to Strike (ECF No. 83) from February 20, 2025 to April 17, 2025.

STIPULATION TO CONTINUE HEARING DATE OR APPEAR VIA ZOOM
Case No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1  K. The Court did not continue the hearing date for the Motion for Extension of Time to File Class Certification Reply (ECF No. 88), which is set for February 13, 2024 at 2:00 PM.

L. The Parties met and conferred, and agreed to continue the Motion for Extension of Time to File Class Certification (ECF No. 88) from February 13, 2024 to **April 17, 2025 at 2:00 PM**, the same date and time as the two other pending motions on related issues.

M. The stipulated continuance set forth above serves judicial economy and convenience by conversing the resources of the Court and the respective Parties and will not prejudice any party.

N. In the alternative, if the Court denies the continuance of the hearing, the Parties jointly move the Court for an order permitting both Parties' counsel to appear via Zoom for the Plaintiff's Motion to Extend Time to File a Class Certification Reply (ECF No. 88) scheduled for 2:00 p.m. on February 13, 2025. Ancient Organics's counsel, based in Los Angeles, California, and Plaintiff's counsel, based in Los Angeles, California, Atlanta, Georgia, and Pittsburgh, Pennsylvania, have professional and personal conflicts on February 13, 2025, that prevent their in-person appearance in San Francisco, California, for the Motion. The Parties therefore jointly request permission to appear virtually for the Motion by Zoom.

**IT IS HEREBY STIPULATED AND AGREED** that the Plaintiff's Motion to Extend Time to File a Class Certification Reply (ECF No. 88) be continued from February 13, 2025 to **April 17, 2025, at 2:00 p.m.**, or in the alternative, the Parties jointly move the Court for an order permitting both Parties' counsel to appear via Zoom for the Plaintiff's Motion to Extend Time to File a Class Certification Reply (ECF No. 88) scheduled for 2:00 p.m. on February 13, 2025.

**IT IS SO STIPULATED.**

---

STIPULATION TO CONTINUE HEARING DATE OR APPEAR VIA ZOOM
Case No. 3:22-cv-03596-AMO

| | | |
|---|---|---|
| 1 | Dated: February 6, 2025 | GOOD GUSTAFSON AUMAIS LLP |
| 2 | | By: /s/ J. Ryan Gustafson |
| 3 | | J. Ryan Gustafson |
| 4 | | *Attorneys for Plaintiff*<br>*Kelly Effinger* |
| 5 | | |
| 6 | Dated: February 6, 2025 | DAVIS WRIGHT TREMAINE LLP |
| 7 | | By: /s/ Jacob M. Harper |
| | | Jacob M. Harper |
| 8 | | |
| 9 | | *Attorneys for Defendant*<br>*Ancient Organics, a California corporation* |

STIPULATION TO CONTINUE HEARING DATE OR
APPEAR VIA ZOOM
Case No. 3:22-cv-03596-AMO

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., SUITE 2700
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## [PROPOSED] ORDER

The Court having reviewed and considered the foregoing Stipulation To Continue Hearing On Plaintiff's Motion To Extend Time To File Reply In Support Of Class Certification (ECF No. 88) Or For Counsel To Appear Via Zoom:

  X   continues Plaintiff's Motion to Extend Time to File a Class Certification Reply (ECF No. 88) from February 13, 2025 to April 17, 2025, at 2:00 p.m.; OR

____ grants the Parties' request to appear via Zoom for the Plaintiff's Motion to Extend Time to File a Class Certification Reply (ECF No. 88) scheduled for 2:00 p.m. on February 13, 2025.

**IT IS SO ORDERED.**

Dated: February 10, 2025

_____
The Honorable Araceli Martínez-Olguín
United States District Judge

STIPULATION TO CONTINUE HEARING DATE OR
APPEAR VIA ZOOM
Case No. 3:22-cv-03596-AMO