**GOOD | GUSTAFSON | AUMAIS LLP**
J. Ryan Gustafson (Cal. Bar. No. 220802)
2330 Westwood Boulevard, Suite 103
Los Angeles, CA  90064
Telephone:   (310) 274-4663
Email:         jrg@ggallp.com

**THE KEETON FIRM LLC**
Steffan T. Keeton, Esq.*
100 S Commons, Ste 102
Pittsburgh, PA 15212
Telephone:   (888) 412-5291
Email:         stkeeton@keetonfirm.com
* *Pro hac vice*

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER, individually, and on behalf of those similarly situated,<br><br>                    Plaintiff,<br><br>         v.<br><br>ANCIENT ORGANICS,<br><br>                    Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**PLAINTIFF'S MOTION TO CONTINUE DATE OF CLASS CERTIFICATION HEARING SCHEDULED FOR APRIL 17, 2025**<br><br>[*Declaration of Steffan T. Keeton; [Proposed] Order Filed Concurrently*]<br><br>Hon. Araceli Martínez-Olguín<br><br><br>No Hearing Requested |

1. On June 5, 2024 (Dkt. No. 61), the Court entered its scheduling order which established specific deadlines for Plaintiff Kelly Effinger ("Plaintiff") and Defendant Ancient Organics ("Defendant" or "Ancient Organics") (collectively, the "Parties").

2. Specifically, the Court, *inter alia*, established:

   Class Certification Motion due by 9/11/2024;

   Opposition to Class Certification due by 10/23/2024;

   Reply to Class Certification Opposition due by 11/20/2024; and

   Class Certification Motion Hearing due by 01/09/2025.

3. On October 3, 2024, the Court *sua sponte* continued the class certification hearing to February 20, 2025 at 2:00 PM. Dkt. No. 77.

4. At the end of 2024, both Parties filed additional motions related to the pending class certification motion. *See* Dkt. Nos. 83, 88.

5. To preserve the Court's valuable time, these related motions were scheduled for the same date and time as the hearing on class certification.

6. On January 31, 2024, the Court *sua sponte* continued the hearing and related motions concerning class certification to April 17, 2025 at 2PM. Dkt. No. 89.

7. Plaintiff's counsel is unavailable to participate in the hearing on April 17, 2025 due to scheduling conflicts that week.

8. Plaintiff's counsel has made numerous attempts to contact defense counsel to determine if they consent to a continuance and obtain a series of dates where they are available so that a complete list of available dates for all Parties could be presented to the Court. Keeton Dec., ¶¶ 16-18.

9. As of this date, defense counsel has declined to respond to these communications. Keeton Dec., ¶¶ 19-20.

10. Plaintiff's counsel has read the Court's calendar and scheduling notes, and is aware that the Court's standard practice is to schedule certain motions, including class certification motions, for argument on Thursdays at 2:00PM.

11. Plaintiff's counsel is not available on the currently scheduled date of April 17, 2025, but Plaintiff's counsel is available on the following Thursdays at 2:00PM: May 29, June 5, June 12, and June 26.

12. Plaintiff's counsel provides these dates in the event that the Court – which according to the scheduling notes is presently unavailable to hear motions until July 2025 – becomes available due to other scheduling modifications in the Court's calendar.

13. However, in consideration of the Court's current availability, Plaintiff's counsel is additionally available on the following Thursdays at 2:00PM: July 10, July 17, and July 31.

14. Plaintiff's counsel was ready and available to appear on the two previously scheduled dates.

15. Since the filing of the class certification motion on September 11, 2024, neither Party has requested a continuance of the hearing date on the motion.

16. The extension will not prejudice Defendant. Keeton Dec., ¶ 22.

17. If the continuance is not granted by the Court, Plaintiff would be substantially prejudiced due to unavailability of counsel. Keeton Dec., ¶ 21.

18. This motion is made more than 30 days before the scheduled event.

1  19. For the reasons stated above, Plaintiff moves the Court for an order continuing the currently scheduled hearing on class certification.

Dated: March 14, 2025                                **THE KEETON FIRM LLC**

By: ___*/s/ Steffan T. Keeton*___
Steffan T. Keeton, Esq.*
100 S Commons, Ste 102
Pittsburgh, PA 15212
Telephone: (888) 412-5291
Email: stkeeton@keetonfirm.com
**Admitted pro hac vice*

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2025, a true and correct copy of Plaintiff's Motion was filed with the Court via the Electronic Case Filing System, and was served on all counsel of record through the same means.

/s/ *Steffan T. Keeton*
Steffan T. Keeton
