Jacob M. Harper (SBN 259463)
  *jacobharper@dwt.com*
James H. Moon (SBN 268215)
  *jamesmoon@dwt.com*
Peter K. Bae (SBN 329158)
  *peterbae@dwt.com*
Katelyn A. Feliciano (SBN 350385)
  *katelynfeliciano@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 S Grand Avenue, 27th Floor
Los Angeles CA 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

# IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**DEFENDANT ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE DATE OF CLASS CERTIFICATION HEARING**<br><br>[*Declaration of James Moon Filed Concurrently*]<br><br>Assigned to the Hon. Araceli Martínez-Olguín |

Plaintiff Kelly Effinger's counsel (Counsel) unilaterally seek to continue the date of the class certification hearing, ECF No. 92 (Motion), scheduled for April 17, 2025. This is another example of Counsel's failure to diligently pursue this action and further proof why they are inadequate to represent the class. Not only did Counsel fail to follow motion procedures (yet again) or offer an excuse to move the hearing date, they also blatantly misrepresent the facts to the Court.

Counsel have been dragging their feet on class certification. This Court originally set class certification deadline for June 14, 2024, with a hearing date of September 26, 2024. (ECF No. 49.) Yet here we are over a year and a half later (and three years since this action was filed). Counsel have prolonged resolution of class certification and this litigation to Ancient Organics's detriment by: (1) first requesting class certification extension in April 2024, which the Court granted and generously reset class certification deadlines (ECF No. 61); (2) requesting a second extension on discovery and class certification deadlines the day expert disclosures were due in July 2024 (ECF No. 65); (3) requesting an extension to file their class certification reply on the day the reply was due (ECF No. 80); (4) still filing their reply late (ECF No. 82); (5) nearly a month later, retroactively seeking an extension for their late-filed reply (ECF No. 88); and (6) now seeking to move the hearing date by another six or more weeks (ECF No. 92).

As with Counsel's other extension requests, Counsel fail to offer any good reason for further delay, merely citing "scheduling conflicts" (ECF No. 92 at 2). There is no explanation for why someone from any of the *three* separate law firms seeking to be appointed class counsel (ECF No. 73 (seeking appointment of "Pope McGlamry PC, Good Gustafson Aumais LLP, and The Keeton Firm LLC as co-lead counsel for the class")) cannot attend the hearing date. **Counsel also failed to raise the purported "scheduling conflicts" a month ago when they stipulated to continuing the hearing on Plaintiff's Motion to Extend Time to File Reply to the current April 17 hearing date.** (ECF No. 90.)

What's more, Counsel have failed to follow proper motion procedure for at least the *fourth* time. (*See generally* ECF No. 57, Opp'n to Mot. to Change Time (failure to comply with Local Rules 6 and 7); ECF No. 66, Opp'n to Second Mot. to Change Time (failure to comply

1

ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFF'S
MOTION TO CONTINUE CLASS CERTIFICATION HEARING
No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  with Local Rule 6 and address the proper legal standard); ECF No. 83, Mot. to Strike Pl.'s

2  Untimely Reply in Support of Class Certification (Motion to Strike) (failure to follow Local Rule

3  6).)  Counsel here have not identified the rule they are invoking.  If the Motion is under Local

4  Rule 6-3, Counsel fails to "set forth with particularity the reasons for the requested enlargement

5  … of time," nor have they identified the prejudice that would occur if the Court did not change

6  the time or all previous time modifications in the case, or describe the effect the requested time

7  modification would have on the case.  L.R. 6-3(a)(1),(3), (5)-(6).  If the Motion is under Rule 7-

8  11, Counsel fails to "set forth specifically … the reasons supporting the motion" and provided an

9  inaccurate declaration "explain[ing] why a stipulation could not be obtained."  L.R. 7-11(a).

10        Adding to evidence of Counsel's inadequacy, Counsel misrepresents to the Court

11  Defendant's position in their submission.  Counsel states that "defense counsel has declined to

12  respond to [Counsel's] communications" requesting "consent to a continuance."  (ECF No. 92 at

13  1–2.)  **On March 11, 2025 (four days before Counsel filed their Motion), Ancient Organics's**

14  **counsel responded to Counsel's request clearly stating it would not consent to moving the**

15  **hearing date.**  Declaration of James Moon, Ex. A.  Counsel attached to the Declaration of

16  Steffan T. Keeton only the partial email thread showing Counsel's last follow-up email on March

17  10, 2025.  (ECF No. 92-2.)  It is unclear why the attorney of record on that communication did

18  not file the declaration or whether he can appear at the hearing.

19        Plaintiff also does not ask to continue the hearing set for April 17 on Ancient Organics's

20  Motion to Strike (ECF No. 83) or their own Motion to Extend Time to File Reply (ECF No. 90)

21  and would need to appear on April 17 for those motions, in any event, if the Court grants the

22  relief requested.  It appears that a further improper request will come at a later time if the Court

23  acts on the latest improper request.

24

25

26

27

28

2

ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFF'S
MOTION TO CONTINUE CLASS CERTIFICATION HEARING
No. 3:22-cv-03596-AMO

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Counsel's delay of resolution of class certification, failure to follow Local Rules, and
2 misrepresentations to the Court all warrant denial of the request to continue the class certification
3 hearing date and the pending Motion for Class Certification.

5  Dated: March 20, 2025  DAVIS WRIGHT TREMAINE LLP

6  By: */s/ Jacob M. Harper*
7  Jacob M. Harper

8  *Attorneys for Defendant Ancient Organics*

---

3

ANCIENT ORGANICS'S OPPOSITION TO PLAINTIFF'S
MOTION TO CONTINUE CLASS CERTIFICATION HEARING
No. 3:22-cv-03596-AMO

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899