Jacob M. Harper (State Bar No. 259463)
  *jacobharper@dwt.com*
James H. Moon (State Bar No. 268215)
  *jamesmoon@dwt.com*
Peter K. Bae (State Bar No. 329158)
  *peterbae@dwt.com*
Katelyn A. Feliciano (SBN 350385)
  *katelynfeliciano@dwt.com*
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY EFFINGER and KEEFE STEVERNU, individually, and on behalf of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>    Defendant. | Case No. 3:22-cv-03596-AMO<br><br>**DECLARATION OF JAMES MOON IN SUPPORT OF DEFENDANT ANCIENT ORGANICS' OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE DATE OF CLASS CERTIFICATION HEARING**<br><br>[*Opposition to Motion Continue Class Certification Hearing Filed Concurrently*]<br><br>Assigned to the Hon. Araceli Martínez-Olguín |

DECLARATION OF JAMES MOON IN SUPPORT OF OPPOSITION TO
MOTION TO CONTINUE CLASS CERTIFICATION HEARING
No. 3:22-cv-03596-AMO

**DECLARATION OF JAMES MOON**

I, James Moon, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for defendant Ancient Organics in this matter. I make this declaration in support of Ancient Organics's Opposition to plaintiff Kelly Effinger's (Plaintiff) Motion to Continue Date of Class Certification Hearing. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. Attached as **Exhibit A** are true and correct copies of email correspondence exchanged between counsel of record for Plaintiff Effinger and Ancient Organics on March 5, 2025, requesting to stipulate to a continuance of the class certification hearing. On March 10, Counsel followed up on his March 5 email, to which I responded on March 11 to co-counsel on the thread, stating my client would not stipulate to a further continuance of the hearing date.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of March 2025, at Los Angeles, California.

                                            /s/ *James H. Moon*
                                            James H. Moon

DECLARATION OF JAMES MOON IN SUPPORT OF OPPOSITION TO MOTION TO CONTINUE CLASS CERTIFICATION HEARING
No. 3:22-cv-03596-AMO

1

**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA  90071
(213) 633-6800
Fax: (213) 633-6899