UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ANCIENT ORGANICS LLC,<br><br>  Defendant. | Case No. 22-cv-03596-AMO<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On September 3, 2024, the Court granted the motion of counsel to withdraw from representation of Plaintiff Keefe Stevernu. *See* ECF 72. Stevernu has not appeared or filed any papers since that date.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R.*, 370 U.S. 626, 629-33 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Court **ORDERS** Stevernu to show cause why this action should not be dismissed for failure to prosecute. By July 28, 2025, Stevernu shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case. If Stevernu fails to file a response by the July 28, 2025 deadline, the Court will dismiss the action without prejudice for failure to prosecute.

The Court **ORDERS** Plaintiff's counsel to serve a copy of this order on Stevernu by email and first-class mail. Counsel shall file a proof of service on the docket by June 30, 2025.

**IT IS SO ORDERED.**

Dated: June 23, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**