# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANCIENT ORGANICS, a California corporation,<br><br>　　　　　　　Defendant. | Case No.: 3:22-cv-03596-AMO<br><br>**JOINT STIPULATION TO DISMISS CASE;** ~~**[PROPOSED]**~~ **ORDER** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Ancient Organics ("Ancient")
2  and Plaintiff Kelly Effinger ("Effinger"), by and through their undersigned counsel, request the Court
3  enter an order dismissing Plaintiff's individual claims with prejudice, with each party to bear its own
4  fees and costs.  As explained in the concurrently filed status report, the remaining Plaintiff has not
5  participated in this action and the parties therefore request the Court approve the dismissal under Rule
6  41(a)(2).

**IT IS SO STIPULATED.**

Dated:  June 20, 2025            **DAVIS WRIGHT TREMAINE LLP**

By: /s/ *Jacob M. Harper*
                    Jacob M. Harper

*Attorneys for Defendant*
*Ancient Organics, a California corporation*

Dated: June 20, 2025            **GOOD GUSTAFSON AUMAIS LLP**

By: /s/ J. Ryan Gustafson
J. Ryan Gustafson
*Counsel for Plaintiff Kelly Effinger*



IT IS SO ORDERED
Judge Araceli Martinez-Olguin
June 23, 2025