UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY EFFINGER, et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>ANCIENT ORGANICS LLC,<br><br>           Defendant. | Case No. 22-cv-03596-AMO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 101 |

On July 23, 2025, the Court ordered Plaintiff Keefe Stevernu to show cause why this action should not be dismissed for failure to prosecute. Plaintiff's counsel served a copy of that order on Stevernu on June 30, 2025. *See* ECF 103. Stevernu did not respond to the order by the July 28, 2025 deadline. Accordingly, the Court **DISMISSES** Stevernu's claims in this action without prejudice for failure to prosecute.

The Court **ORDERS** Plaintiff's counsel to serve a copy of this order on Stevernu by email and first-class mail. Counsel shall file a proof of service on the docket by no later than August 1, 2025.

The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: July 29, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**